**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF KENTUCKY

Case number *(if known)* _____    Chapter __**11**__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Sam Meyers, Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | **DBA  Sam Meyers Formal Wear** <br> **DBA  Capital Cleaners** <br> **DBA  Steamers** <br> **FDBA  Meyers & Corbett Realty Company** <br> **FDBA  Sam Meyers Formal Wear, Incorporated** <br> **FDBA  Hamilton's Tuxedoes** <br> **DBA  Sam Meyers Cleaners and Laundry** <br> **FDBA  Hamilton's Formal Wear** <br> **FDBA  Sam Meyers Uniform Rental Service** <br> **FDBA  Spalding's Dry Cleaners & Laundry** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **61-0599317** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** <br><br> **3400 Bashford Avenue Court** <br> **Louisville, KY 40218** <br> Number, Street, City, State & ZIP Code <br><br> **Jefferson** <br> County | **Mailing address, if different from principal place of business** <br><br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **sammeyers.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

Debtor    **Sam Meyers, Inc.**
    Name

Case number (*if known*)

---

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    **8123**

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | | | |
| | District | When | Case number |

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | Debtor | | Relationship |
|---|---|---|---|
| | District | When | Case number, if known |

---

Debtor    **Sam Meyers, Inc.**
Name                                                    Case number (*if known*) _____

**11. Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

        Contact name _____

        Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **Sam Meyers, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **May 17, 2018**
MM / DD / YYYY

**X** **/s/ James P. Corbett**                                    **James P. Corbett**
Signature of authorized representative of debtor          Printed name

Title     **President**

**18. Signature of attorney**

**X** **/s/ Charity S. Bird**                          Date     **May 17, 2018**
Signature of attorney for debtor                                    MM / DD / YYYY

**Charity S. Bird**
Printed name

**Kaplan Johnson Abate & Bird LLP**
Firm name

**710 West Main Street**
**Fourth Floor**
**Louisville, KY 40202**
Number, Street, City, State & ZIP Code

Contact phone     **(502) 540-8285**          Email address     **cbird@kplouisville.com**

**92622 KY**
Bar number and State

## SAM MEYERS, INC.
## CONSENT IN LIEU OF
## SPECIAL MEETING OF DIRECTORS

The undersigned, being the directors entitled to vote at a special meeting of the Board of Directors of Sam Meyers, Inc., a Kentucky corporation, by this instrument in lieu of a meeting of directors of this corporation, hereby consents to the adoption of the following resolutions, and hereby waives any notices required by law with respect thereto:

Be It Therefore Resolved, that James P. Corbett, the president of this corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that James P. Corbett, the president of this corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, provided however that Mr. Corbett may delegate such responsibilities to be exercised by any other then-serving officer; and

Be It Further Resolved, that James P. Corbett, president of this corporation, is authorized and directed to employ Charity S. Bird, attorney, and the law firm of Kaplan Johnson Abate & Bird LLP to represent the corporation in such bankruptcy case.

DATED this ............................................ day of May, 2018

_____
James P. Corbett, Chair

_____
Mary Lee Corbett, Director

_____
Samuel C. Corbett, Director

_____
Mark L. Corbett, Director

_____
Carolyn C. Kendrick, Director

_____
Lee E. Corbett, Director

## SAM MEYERS, INC.
### CONSENT IN LIEU OF
### SPECIAL MEETING OF DIRECTORS

The undersigned, being the directors entitled to vote at a special meeting of the Board of Directors of Sam Meyers, Inc., a Kentucky corporation, by this instrument in lieu of a meeting of directors of this corporation, hereby consents to the adoption of the following resolutions, and hereby waives any notices required by law with respect thereto:

Be It Therefore Resolved, that James P. Corbett, the president of this corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that James P. Corbett, the president of this corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, provided however that Mr. Corbett may delegate such responsibilities to be exercised by any other then-serving officer; and

Be It Further Resolved, that James P. Corbett, president of this corporation, is authorized and directed to employ Charity S. Bird, attorney, and the law firm of Kaplan Johnson Abate & Bird LLP to represent the corporation in such bankruptcy case.

DATED this .............. 16 .............. day of May, 2018

_____
James P. Corbett, Chair

_____
Mary Lee Corbett, Director

_____
Samuel C. Corbett, Director

_____
Mark L. Corbett, Director

_____
Carolyn C. Kendrick, Director

_____
Lee E. Corbett, Director

### SAM MEYERS, INC.
### CONSENT IN LIEU OF
### SPECIAL MEETING OF DIRECTORS

The undersigned, being the directors entitled to vote at a special meeting of the Board of Directors of Sam Meyers, Inc., a Kentucky corporation, by this instrument in lieu of a meeting of directors of this corporation, hereby consents to the adoption of the following resolutions, and hereby waives any notices required by law with respect thereto:

Be It Therefore Resolved, that James P. Corbett, the president of this corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that James P. Corbett, the president of this corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, provided however that Mr. Corbett may delegate such responsibilities to be exercised by any other then-serving officer; and

Be It Further Resolved, that James P. Corbett, president of this corporation, is authorized and directed to employ Charity S. Bird, attorney, and the law firm of Kaplan Johnson Abate & Bird LLP to represent the corporation in such bankruptcy case.

DATED this ............................................. day of May, 2018

_____
James P. Corbett, Chair

_____
Mary Lee Corbett, Director

_____
Samuel C. Corbett, Director

_____
Mark L. Corbett, Director

_____
Carolyn C. Kendrick, Director

_____
Lee E. Corbett, Director

### SAM MEYERS, INC.
### CONSENT IN LIEU OF
### SPECIAL MEETING OF DIRECTORS

The undersigned, being the directors entitled to vote at a special meeting of the Board of Directors of Sam Meyers, Inc., a Kentucky corporation, by this instrument in lieu of a meeting of directors of this corporation, hereby consents to the adoption of the following resolutions, and hereby waives any notices required by law with respect thereto:

Be It Therefore Resolved, that James P. Corbett, the president of this corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that James P. Corbett, the president of this corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, provided however that Mr. Corbett may delegate such responsibilities to be exercised by any other then-serving officer; and

Be It Further Resolved, that James P. Corbett, president of this corporation, is authorized and directed to employ Charity S. Bird, attorney, and the law firm of Kaplan Johnson Abate & Bird LLP to represent the corporation in such bankruptcy case.

DATED this ............................................. day of May, 2018

_____
James P. Corbett, Chair

_____
Mary Lee Corbett, Director

_____
Samuel C. Corbett, Director

_____
Mark L. Corbett, Director

*Carolyn C Kendrick, Director*
5/15/18
Carolyn C. Kendrick, Director

_____
Lee E. Corbett, Director

## SAM MEYERS, INC.
## CONSENT IN LIEU OF
## SPECIAL MEETING OF DIRECTORS

The undersigned, being the directors entitled to vote at a special meeting of the Board of Directors of Sam Meyers, Inc., a Kentucky corporation, by this instrument in lieu of a meeting of directors of this corporation, hereby consents to the adoption of the following resolutions, and hereby waives any notices required by law with respect thereto:

Be It Therefore Resolved, that James P. Corbett, the president of this corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that James P. Corbett, the president of this corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, provided however that Mr. Corbett may delegate such responsibilities to be exercised by any other then-serving officer; and

Be It Further Resolved, that James P. Corbett, president of this corporation, is authorized and directed to employ Charity S. Bird, attorney, and the law firm of Kaplan Johnson Abate & Bird LLP to represent the corporation in such bankruptcy case.

DATED this ........................................... day of May, 2018

_____
James P. Corbett, Chair

_____
Mark L. Corbett, Director

_____
Mary Lee Corbett, Director

_____
Carolyn C. Kendrick, Director

*Lee E. Corbett*
_____
Lee E. Corbett, Director

_____
Samuel C. Corbett, Director

**Fill in this information to identify the case:**

Debtor name    **Sam Meyers, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF KENTUCKY

Case number (if known)    _____

☐ Check if this is an
amended filing

<u>Official Form 202</u>
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■    *Schedule H: Codebtors* (Official Form 206H)
- ■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐    Amended *Schedule* _____
- ■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 17, 2018**    X *Is/ James P. Corbett*
                                    Signature of individual signing on behalf of debtor

                                    **James P. Corbett**
                                    Printed name

                                    **President**
                                    Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Sam Meyers, Inc.** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF KENTUCKY** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Brownsboro Inn, LLC** PO Box 206397 Louisville,, KY 40250-6397 | | Store Lease | | | | $13,476.48 |
| **Citizens Union Bank of Shelbyville, Inc.** PO Box 189 Shelbyville, KY 40066-0189 | | 3400 Bashford Avenue Court Debtor is successor by merger to Meryers & Corbett Realty Company Value based on executed Real Estate Sale and Purchase C | | $1,614,945.52 | $1,200,000.00 | $414,945.52 |
| **City of West Buechel** 3705 Bashford Avenue Louisville, KY 40218 | | | | | | $48,873.85 |
| **Commonwealth Bank & Trust** PO Box 22286 Louisville,, KY 40252-0286 | | Store Lease | | | | $20,705.00 |
| **Gleeson, Inc.** PO Box 7449 dba Roth Realty Company Louisville,, KY 40257-0449 | | Store Lease | | | | $21,489.41 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor **Sam Meyers, Inc.**                                    Case number *(if known)*
_____                                   _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Huntington National Bank Huntington Center 41 South High Street Columbus, OH 43287** | | **2015 Nissan 200V, mileage = 37,821 VIN 3N6CM0KN9FK69 3935 2015 Nissan 200; VIN 3N6CM0KN6FK69 9059 2015 Nissan 200; 3N6CM0KN5K691 728** | | $30,996.38 | $10,000.00 | $20,996.38 |
| **Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346** | | | | | | $50,492.22 |
| **Jefferson County Sheriff's Office PO Box 34570 Louisville,, KY 40232-4570** | | **Tax** | | | | $31,333.86 |
| **Jerry A. Phelps 1500 Van Buren Boat Dock Rd Mount Eden, KY 40046** | | **Store Lease** | | | | $12,793.65 |
| **Kentucky Dept of Revenue Frankfort, KY 40620-0003** | | **Sales Taxes** | | | | $69,151.89 |
| **Kentucky State Treasurer Division Unempl PO Box 2003 Frankfort,, KY 40602-2003** | | **Tax** | | | | $32,428.44 |
| **Kroger Division 24 Rent PO Box 842283 Boston,, MA 02284-2283** | | **Store Lease** | | | | $12,665.00 |
| **Kroger-Lockbox 1523 75 Remittance Drive, Ste 1523 Chicago,, IL 60675-1523** | | **Store Lease** | | | | $15,421.25 |

Debtor    **Sam Meyers, Inc.**                                    Case number *(if known)*
_____                                    _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Louisville Metro Revenue Commission PO Box 35410 Louisville,, KY 40232-5410** | | | | | | **$38,535.66** |
| **Mon Cheri 1018 Whitehead Rd Extension Trenton,, NJ 08638** | | **Misc** | | | | **$16,319.69** |
| **Nicklies Foundation Inc 6060 Dutchmans Ln Ste 110 Louisville, Ky 40205** | | **Store Lease** | | | | **$15,004.20** |
| **PNC Bank PO Box 856177 Louisville,, KY 40285-6177** | | **Credit Cards; multiple accounts** | | | | **$19,625.91** |
| **SYD Wright P.O. Box 99 Louisville,, KY 40027-0099** | | **Store Lease** | | | | **$12,360.37** |
| **The EJ Thomas Co 5101 Forest Drive, Ste   C New Albany,, OH 43054** | | **Misc** | | | | **$15,340.72** |
| **Village Plaza Shopping Center, LLC 18 Village Plaza, PMB 223 Shelbyville,, KY 40065** | | **Store Lease** | | | | **$18,963.77** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      **Sam Meyers, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF KENTUCKY

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                         12/15

| Part 1: | Summary of Assets |
|---|---|

1.    **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*........................................................................... $      **1,200,000.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................................ $      **606,061.92**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.......................................................................... $      **1,806,061.92**

| Part 2: | Summary of Liabilities |
|---|---|

2.    **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $      **1,650,941.90**

3.    **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $      **280,756.39**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$      **979,029.16**

4.    **Total liabilities** ...................................................................................
Lines 2 + 3a + 3b
$      **2,910,727.45**

**Fill in this information to identify the case:**

Debtor name __**Sam Meyers, Inc.**__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF KENTUCKY__

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property        12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

  ☐ No.  Go to Part 2.
  ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| 2.       **Cash on hand** | $10,605.51 |

3.       **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1.   **PNC Bank** | **Checking** | | $27,005.00 |
| 3.2.   **United Bank** | **Checking** | | $936.00 |
| 3.3.   **Commonwealth Bank** | **Checking** | 4033 | $1,226.75 |

4.       **Other cash equivalents** *(Identify all)*

| | |
| --- | --- |
| 4.1.   **Cash in escrow at Duncan Galloway Egan Greenwald PLLC - proceeds from sale of assets to Dry Cleaners of America, LLC** | $14,813.92 |

5.       **Total of Part 1.**
        Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $54,587.18 |
| --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. Does the debtor have any deposits or prepayments?

Debtor    **Sam Meyers, Inc.**                                    Case number *(If known)* _____
_____
Name

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

|  | | |
|---|---|---|
| 8.1. | **Prepaid expenses** | **$1,275.00** |
| 8.2. | **Property taxes** | **$3,758.40** |
| 8.3. | **Security Deposits** | **$20,544.83** |

9.    **Total of Part 2.**

      Add lines 7 through 8. Copy the total to line 81.

| **$25,578.23** |
|---|

<table>
<tr><td>Part 3:</td><td colspan="4"><b>Accounts receivable</b></td></tr>
</table>

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| | 11a. 90 days old or less: | **95,728.67** | - | **0.00** | = .... | **$95,728.67** |
|---|---|---|---|---|---|---|
| | | face amount | | doubtful or uncollectible accounts | | |
| | 11b. Over 90 days old: | **26,384.87** | - | **0.00** | = .... | **$26,384.87** |
| | | face amount | | doubtful or uncollectible accounts | | |

12.    **Total of Part 3.**

      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| **$122,113.54** |
|---|

<table>
<tr><td>Part 4:</td><td colspan="4"><b>Investments</b></td></tr>
</table>

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

<table>
<tr><td>Part 5:</td><td colspan="4"><b>Inventory, excluding agriculture assets</b></td></tr>
</table>

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

Debtor    **Sam Meyers, Inc.**                                    Case number *(If known)* _____
          <sub>Name</sub>

19.    **Raw materials**

20.    **Work in progress**

21.    **Finished goods, including goods held for resale**

| | | | | |
|---|---|---|---|---|
| Dresses held for rental | | $181,294.79 | Replacement | $181,294.79 |
| Suits held for rental | | $5,701.14 | Replacement | $5,701.14 |
| Tuxedos and accessories held for rental | | $134,977.04 | Replacement | $134,977.04 |
| Formal Wear Purchases - carried on balance sheet, but unclear if this is for inventory for rental, or was direct sales to customers that were mistakenly not removed from the books | 2013 | $49,381.93 | Liquidation | Unknown |

22.    **Other inventory or supplies**

23.    **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

|  |
|---|
| $321,972.97 |

24.    **Is any of the property listed in Part 5 perishable?**
       ■ No
       ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
       ■ No
       ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

       ■ No.  Go to Part 7.
       ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

       ☐ No.  Go to Part 8.
       ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39.    **Office furniture**

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page  3

Debtor    **Sam Meyers, Inc.**                                          Case number *(if known)* _____
              <span style="font-size:smaller">Name</span>

| | | | | |
|---|---|---|---|---|
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Computers, printers, copiers, fax machines** | $414.86 | Liquidation | $5,000.00 |

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**                                                        | $5,000.00 |
       Add lines 39 through 42.  Copy the total to line 86.

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
       ☐ No
       ■ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 8:**    Machinery, equipment, and vehicles

46.   **Does the debtor own or lease any machinery, equipment, or vehicles?**

       ☐ No.  Go to Part 9.
       ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **2015 Nissan 200V, mileage = 37,821**<br>**VIN 3N6CM0KN9FK693935** | $0.00 | Kelley Blue Book | $10,000.00 |
| 47.2.   **2015 Nissan 200V, mileage = 47,722**<br>**VIN 3N6CM0KN6FK699059** | $0.00 | Kelley Blue Book | $9,000.00 |
| 47.3.   **2015 Nissan 200V, mileage = 58,861**<br>**VIN 3N6CM0KN5FK691728** | $0.00 | Kelley Blue Book | $8,000.00 |
| 47.4.   **2001 Chevy Suburban, mileage = 225,000**<br>**VIN 3GNFK16T51G138651** | $0.00 | Kelley Blue Book | $1,200.00 |
| 47.5.   **2012 Ford F150**<br>**VIN 1FTFW1EF6CFC92198** | $0.00 | Kelley Blue Book | $16,500.00 |
| 47.6.   **2005 Lexus RX330, mileage = 53,603**<br>**VIN 2T2HA31U25C068683** | $0.00 | Kelley Blue Book | $7,000.00 |

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

Debtor    **Sam Meyers, Inc.**                                    Case number *(If known)* _____
             Name

**49.**    **Aircraft and accessories**

**50.**    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| **(3) MVP-100 Washing Machines, purchased in 1985** | $0.00 | | $75.00 |
| **(2) MVP-60 Washing Machines, purchases in 1977** | $0.00 | | $50.00 |
| **Union DC Machine, Model HL780** | $0.00 | | $5,000.00 |
| **Cissell 100lb capacity Dryer** | $0.00 | | $50.00 |
| **Cissell 30 lb capacity Dryer** | $0.00 | | $25.00 |
| **Cissell 200 lb capacity Dryer, purchased in 2003** | $0.00 | | $100.00 |
| **Scotsman Ice Machine** | $0.00 | | $250.00 |
| **Hoffman Sewing Table, purchased in 2005** | $0.00 | | $25.00 |
| **Cissell Spotting Board** | $0.00 | | $25.00 |
| **Vacuum System** | $0.00 | | $200.00 |
| **Atlas Air Compressor, purchased in 2011** | $0.00 | | $2,500.00 |
| **Fulton Boiler** | $0.00 | | $500.00 |
| **Rex Sewing Machine** | $0.00 | | $50.00 |
| **Singer Sewing Machine** | $0.00 | | $50.00 |
| **Consew Sewing Machine** | $0.00 | | $50.00 |
| **US Blindstich Sewing Machine** | $0.00 | | $50.00 |
| **Singer Sewing Machine** | $0.00 | | $50.00 |
| **Baby Lock Sewing Machine** | $0.00 | | $50.00 |
| **Hisico Sewing Machine** | $0.00 | | $50.00 |

Debtor    **Sam Meyers, Inc.**                              Case number *(If known)* _____
          Name

| | | |
|---|---|---|
| (2) Huffman Pant Toppers | $0.00 | $50.00 |
| (3) Cissell Puffs (Model E) | $0.00 | $75.00 |
| (2) AP2 Unipresses ($2500 each) | $0.00 | $5,000.00 |
| LSTH Unipress | $0.00 | $200.00 |
| Ajax | $0.00 | $25.00 |
| Bishop Shirt Folder | $0.00 | $25.00 |
| Singer Button Machine | $0.00 | $50.00 |
| (2) Hot Head Presses | $0.00 | $50.00 |
| Roll Iron | $0.00 | $100.00 |
| Hoffman Stomper Press | $0.00 | $25.00 |
| Hot Head Legger | $0.00 | $25.00 |
| Unipress Hot Head Topper | $0.00 | $25.00 |
| Cissell Puff (single) | $0.00 | $25.00 |
| Unipress- DC Legger | $0.00 | $25.00 |
| Cissell Puff | $0.00 | $25.00 |
| Unipress DC Legger | $0.00 | $50.00 |
| (6) All Steam Irons | $0.00 | $60.00 |
| (5) Home Washers | $0.00 | $125.00 |

51.  **Total of Part 8.**                                                              | $66,810.00 |
     Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ☐ No
     ☑ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

| Debtor | **Sam Meyers, Inc.** | | Case number *(If known)* | |
| | Name | | | |

�■ No
☐ Yes

| Part 9: | Real property |

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

**55.     Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   **3400 Bashford Avenue Court Debtor is successor by merger to Meryers & Corbett Realty Company Value based on executed Real Estate Sale and Purchase Contract** | **Fee simple** | **Unknown** | **N/A** | **$1,200,000.00** |

**56.   Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| | **$1,200,000.00** |

**57.   Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
■ Yes

**58.   Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets**<br>**Logo and other trademarks** | **$0.00** | | **$0.00** |
| 61.   **Internet domain names and websites**<br>**sammeyers.com; sammeyerscleaners.com** | **$0.00** | | **$0.00** |

| Debtor | **Sam Meyers, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

62.  **Licenses, franchises, and royalties**

63.  **Customer lists, mailing lists, or other compilations**
     **Customer list**                                                      $0.00                                      $0.00

64.  **Other intangibles, or intellectual property**

65.  **Goodwill**

66.  **Total of Part 10.**

| | $0.00 |
|---|---|

     Add lines 60 through 65. Copy the total to line 89.

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
     ☐ No
     ■ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
     ■ No
     ☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

| | | | Current value of debtor's interest |
|---|---|---|---|

71.  **Notes receivable**
     Description (include name of obligor)

| | | | |
|---|---|---|---|
| **Account receivable from Corbett Restoration LLC** | 337,927.49 – | 337,927.49 = | |
| | Total face amount | doubtful or uncollectible amount | $0.00 |
| **Amount due from Dry Cleaners of America, LLC, from purchase of mutliple locations** | 10,000.00 – | 0.00 = | |
| | Total face amount | doubtful or uncollectible amount | $10,000.00 |
| **Employee paycheck advances** | 9,518.55 – | 9,518.55 = | |
| | Total face amount | doubtful or uncollectible amount | $0.00 |
| **Employee benefits - payroll liability payments made in 2015 & 2016 to Colonial Life insurance, Delta Dental and Guardian, but not withheld from paychecks** | 198.12 – | 198.12 = | |
| | Total face amount | doubtful or uncollectible amount | $0.00 |

72.  **Tax refunds and unused net operating losses (NOLs)**
     Description (for example, federal, state, local)

Debtor    **Sam Meyers, Inc.**                                         Case number *(If known)* _____
       Name

| | |
|---|---:|
| 73. | **Interests in insurance policies or annuities** |
| | **Cincinnati Insurance Co. - Commercial General Liability; Automobile Liability; Umbrella; Property** |

$0.00

**Bridgefield Casualty Insurance Co. - workers compensation and employers' liability**

$0.00

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.  **Total of Part 11.**

     Add lines 71 through 77. Copy the total to line 90.

$10,000.00

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

| Debtor | **Sam Meyers, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $54,587.18 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $25,578.23 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $122,113.54 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $321,972.97 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $66,810.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................> | | $1,200,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $10,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $606,061.92 | + 91b. $1,200,000.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $1,806,061.92 |

**Fill in this information to identify the case:**

Debtor name  **Sam Meyers, Inc.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF KENTUCKY

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Citizens Union Bank of Shelbyville, Inc.** Creditor's Name | Describe debtor's property that is subject to a lien **3400 Bashford Avenue Court Debtor is successor by merger to Meryers & Corbett Realty Company Value based on executed Real Estate Sale and Purchase Contract** | $1,614,945.52 | $1,200,000.00 |

**PO Box 189**
**Shelbyville, KY 40066-0189**
Creditor's mailing address

Describe the lien
**Mortgage and Blanket Lien on all business assets**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**1. Citizens Union Bank of Shelbyville, Inc.**
**2. Commonwealth of Kentucky**
**3. Linebach-Funkouser, Inc.**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | |
|---|---|---|---|
| **2.2** **Commonwealth of Kentucky** Creditor's Name | Describe debtor's property that is subject to a lien **3400 Bashford Avenue Court Debtor is successor by merger to Meryers & Corbett Realty Company Value based on executed Real Estate Sale and Purchase Contract** | $0.00 | $1,200,000.00 |

**Division of Unemployment Insurance**
**PO Box 948**
**Frankfort, KY 40602-0948**
Creditor's mailing address

Describe the lien
**Statutory Lien**

Debtor    **Sam Meyers, Inc.**                                                    Case number (if know)  _____
Name

| | |
|---|---|
| Creditor's email address, if known | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred**<br>**04/21/2017** | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number**<br>**5513** | |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.1** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.3 | **Huntington National Bank** | **Describe debtor's property that is subject to a lien** | $30,996.38 | $10,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2015 Nissan 200V, mileage = 37,821**<br>**VIN 3N6CM0KN9FK693935**<br>**2015 Nissan 200; VIN 3N6CM0KN6FK699059**<br>**2015 Nissan 200; 3N6CM0KN5K691728** | | |
| | **Huntington Center**<br>**41 South High Street**<br>**Columbus, OH 43287** | | | |
| | Creditor's mailing address | **Describe the lien**<br>**Purchase Money Security** | | |
| | | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes | | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred**<br>**07/15/15** | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number**<br>**9641,6592,9887** | | | |
| | **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

---

| 2.4 | **Linebach-Funkouser, Inc.** | **Describe debtor's property that is subject to a lien** | $5,000.00 | $1,200,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **3400 Bashford Avenue Court**<br>**Debtor is successor by merger to Meryers &**<br>**Corbett Realty Company**<br>**Value based on executed Real Estate Sale**<br>**and Purchase Contract** | | |
| | **114 Fairfax Ave**<br>**Louisville, KY 40207** | | | |
| | Creditor's mailing address | **Describe the lien**<br>**Mechanic's Lien** | | |
| | | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes | | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Sam Meyers, Inc.**                                         Case number (if know)
_____
Name

☐ No

☐ Contingent

■ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Unliquidated

■ Disputed

**Specified on line 2.1**
_____

---

3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | $1,650,941.9 0 |

---

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Huntington National Bank**<br>**PO Box 182519**<br>**Columbus, OH 43218** | Line  2.3 | |
| **Scott Stinnett**<br>**Lloyd & McDaniel, PLC**<br>**11405 Park Road, Suite 200**<br>**Louisville, KY 40223-0200** | Line  2.4 | |

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 3

**Fill in this information to identify the case:**

Debtor name __**Sam Meyers, Inc.**_____

United States Bankruptcy Court for the: __WESTERN DISTRICT OF KENTUCKY___

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,083.34 | $1,083.34 |
|---|---|---|---|---|

**City of Frankfort**
**PO Box 697**
**License Fee Division, Municipal**
**Building**
**Frankfort, KY 40602**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____    Basis for the claim: _____

Last 4 digits of account number _____    Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $75.00 | $75.00 |
|---|---|---|---|---|

**City of Lyndon**
**515 Wood Road**
**Louisville,, KY 40222**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____    Basis for the claim: **Tax**

Last 4 digits of account number _____    Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

Debtor **Sam Meyers, Inc.**                                    Case number (if known) _____
_____
Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,238.96** | **$1,238.96** |
|---|---|---|---|---|

**City of Shelbyville**
**PO Box 1289**
**Shelbyville, KY 40066**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,093.05** | **$1,093.05** |
|---|---|---|---|---|

**City of St. Matthews**
**PO Box 7097**
**Louisville, KY 40257**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$48,873.85** | **$48,873.85** |
|---|---|---|---|---|

**City of West Buechel**
**3705 Bashford Avenue**
**Louisville, KY 40218**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$342.38** | **$342.38** |
|---|---|---|---|---|

**Clark County Treasurer**
**Post Office Box 1508**
**Jeffersonville,, IN 47131-1508**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Tax**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Sam Meyers, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $837.36 | $837.36 |
|---|---|---|---|---|

**Indiana Department of Revenue**
**1200 Madison Street**
**Suite E**
**Jeffersonville, IN 47131**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $121.05 | $121.05 |
|---|---|---|---|---|

**Indiana Dept of Workforce**
**Development**
**PO Box 7054**
**Indianapolis,, IN 46207-7054**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $50,492.22 | $50,492.22 |
|---|---|---|---|---|

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $31,333.86 | $31,333.86 |
|---|---|---|---|---|

**Jefferson County Sheriff's Office**
**PO Box 34570**
**Louisville,, KY 40232-4570**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor  **Sam Meyers, Inc.**                                                    Case number (if known)
_____
Name

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,521.40 | $3,521.40 |
|---|---|---|---|---|

**Kentucky Dept of Revenue**

Frankfort, KY 40620-0003

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $69,151.89 | $69,151.89 |
|---|---|---|---|---|

**Kentucky Dept of Revenue**

Frankfort, KY 40620-0003

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $200.00 | $200.00 |
|---|---|---|---|---|

**Kentucky State Treasurer**
**101 Sea Hero Rd Ste 100**
**Department of Housing**
**Frankfort,, KY 40601-5405**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32,428.44 | $32,428.44 |
|---|---|---|---|---|

**Kentucky State Treasurer Division**
**Unempl**
**PO Box 2003**
**Frankfort,, KY 40602-2003**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

Debtor  **Sam Meyers, Inc.**

Name                                                    Case number (if known)

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $38,535.66 | $38,535.66 |
|---|---|---|---|---|
| | **Louisville Metro Revenue Commission**<br>**PO Box 35410**<br>**Louisville,, KY 40232-5410** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $1,055.53 | $1,055.53 |
|---|---|---|---|---|
| | **Shelby County Occupational License Offic**<br>**419 Washington Street**<br>**Shelbyville, KY 40065** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $372.40 | $372.40 |
|---|---|---|---|---|
| | **Tennessee Dept. of Labor & Workforce Dev**<br>**220 French Landing Drive**<br>**Nashville, TN 37243** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | **Amount of claim** |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Accountemps**<br>**12400 Collections Center Dr**<br>**Chicago,, IL 60693** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Temp Labor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,885.45 |
|---|---|---|---|
| | **American Brake Center**<br>**3435 Bashford Avenue Ct**<br>**Louisville, KY 40218** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Repair** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor    **Sam Meyers, Inc.**                                      Case number *(if known)*  _____
           Name

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,634.68 |
|---|---|---|---|

**American Clothing Express, Inc.**
3190 New Brunswick Road
Bartlett,, TN 38133

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Misc**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**American Express**
PO Box 650448
Dallas,, TX 75265-0448

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Misc**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40.44 |
|---|---|---|---|

**Apparel Imports Inc**
PO Box 654142
Dallas,, TX 75265-4142

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Misc**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Aspeed Design**
614 East 12th Street
Los Angeles,, CA 90015

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Misc**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Atmos Energy**
PO Box 790311
St. Louis,, MO 63179-0311

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utility**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17.06 |
|---|---|---|---|

**Bags Unlimited**
7 Canal St
Rochester,, NY 14608

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Misc**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,170.03 |
|---|---|---|---|

**Brock McVey**
PO Box 55487
Lexington, KY 40555

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Misc**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sam Meyers, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,476.48** |
|---|---|---|---|

**Brownsboro Inn, LLC**
**PO Box 206397**
**Louisville,, KY 40250-6397**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Store Lease**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Citizens Union Bank**
**PO Box 189**
**Shelbyville,, KY 40066-0189**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Bank**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Class Print Solutions**
**1815 Plantside Drive**
**Louisville,, KY 40299**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Misc**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Columbia Gas of Kentucky**
**PO Box 742523**
**Cincinnati,, OH 45274-2523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utility**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,705.00** |
|---|---|---|---|

**Commonwealth Bank & Trust**
**PO Box 22286**
**Louisville,, KY 40252-0286**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Store Lease**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$532,478.09** |
|---|---|---|---|

**Corbett Insurance Trust**
**3400 Bashford Avenue Court**
**Louisville, KY 40218-3163**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,008.00** |
|---|---|---|---|

**Cousin's Concert Attire**
**360 Fairfield Avenue**
**Stamford,, CT 06902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Misc**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor   **Sam Meyers, Inc.**                                            Case number *(if known)*
_____
Name

| | | |
|---|---|---|
| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$518.02** |

**3.17**

Nonpriority creditor's name and mailing address

**Craig Business Forms**
**1200 Outer Loop**
**Louisville,, KY 40219-3489**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Misc**

Is the claim subject to offset? ■ No ☐ Yes

**$518.02**

---

**3.18**

Nonpriority creditor's name and mailing address

**Creative Retirement Systems**
**25 Merchant St., Ste 135**
**Cincinnati,, OH 45246**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Misc**

Is the claim subject to offset? ■ No ☐ Yes

**$717.53**

---

**3.19**

Nonpriority creditor's name and mailing address

**Damian Dodd**
**79 N Portage St**
**Westfield, NY 14787**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Misc**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.20**

Nonpriority creditor's name and mailing address

**Dave & Johnny**
**225 W. 37th St., 6th Floor**
**New York,, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Misc**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.21**

Nonpriority creditor's name and mailing address

**Delta Dental of Kentucky Inc**
**PO Box 950199**
**Louisville,, KY 40295-0199**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance**

Is the claim subject to offset? ■ No ☐ Yes

**$811.92**

---

**3.22**

Nonpriority creditor's name and mailing address

**DRechnitz I LLC**
**Suite 224  E Wallace Kneeland Blvd**
**Shelton,, WA 98584**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consultant**

Is the claim subject to offset? ■ No ☐ Yes

**$1,500.00**

---

**3.23**

Nonpriority creditor's name and mailing address

**Duke Energy**
**PO Box 1326**
**Charlotte,, NC 28201-1326**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset? ■ No ☐ Yes

**$47.54**

Debtor   **Sam Meyers, Inc.**                                                    Case number *(if known)* _____

Name

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$285.00** |
|---|---|---|---|

**Duncan Galloway Egan Greenwald**
**9750 Ormsby Station Rd,    Ste 210**
**Louisville, KY 40223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Attorney**

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,940.12** |
|---|---|---|---|

**Ellen S Corbett**
**3529 Winterberry Cir.**
**Louisville, KY 40207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$607.53** |
|---|---|---|---|

**EVAPAR**
**9000 N Kentucky Ave**
**Evansville, IN 47725**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Misc**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$177.49** |
|---|---|---|---|

**Fabian Couture Group**
**205 Chubb Ave Bldg C**
**Lyndhurst,, NJ 07071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Misc**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,920.88** |
|---|---|---|---|

**Fabriclean Supply of Tennessee**
**741 Massman Dr**
**Nashville,, TN 37210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Misc**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,019.19** |
|---|---|---|---|

**Faviana New York**
**320 West 37th St, 10th Floor**
**New York,, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Misc**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,850.61** |
|---|---|---|---|

**Frankenmuth Insurance**
**One Mutual Avenue**
**Frankenmuth,, MI 48787-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Insurance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Sam Meyers, Inc.** | | Case number (if known) | |
| | Name | | | |

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $409.22 |
| | **Frankfort Plant Board** | ☐ Contingent | |
| | **PO Box 308** | ☐ Unliquidated | |
| | **Frankfort,, KY 40602-0308** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  **Misc** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,522.00 |
| | **Frost Brown Todd, LLC** | ☐ Contingent | |
| | **Post Office Box 70087** | ☐ Unliquidated | |
| | **Louisville,, KY 40270-0087** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  **Attorney** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $21,489.41 |
| | **Gleeson, Inc.** | ☐ Contingent | |
| | **PO Box 7449** | ☐ Unliquidated | |
| | **dba Roth Realty Company** | ☐ Disputed | |
| | **Louisville, KY 40257-0449** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  **Store Lease** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $634.00 |
| | **Greenway Landscapes Services, Inc.** | ☐ Contingent | |
| | **6706 William Clark Drive** | ☐ Unliquidated | |
| | **Louisville,, KY 40228** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  **Misc** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $20.00 |
| | **Hartford Steam Boiler** | ☐ Contingent | |
| | **21045 Network Place** | ☐ Unliquidated | |
| | **Chicago, IL 60673** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  **Repair** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **Horizon Commercial Realty** | ☐ Contingent | |
| | **13307 Magisterial Drive** | ☐ Unliquidated | |
| | **Louisville, KY 40223** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  **Store lease** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **Indiana American Water** | ☐ Contingent | |
| | **PO Box 94551** | ☐ Unliquidated | |
| | **Palatine,, IL 60094-4551** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  **Misc** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Sam Meyers, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ING Life Insurance and Annuity Company**
**One Orange Way**
**Windsor,, CT 06095-4774**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Insurance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,005.09 |
|---|---|---|---|

**IPFS Corporation**
**462 South Fourt Street**
**#1700**
**Louisville, KY 40202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **EPLI policy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $101,000.00 |
|---|---|---|---|

**James P. Corbett**
**3529 Winterberry Cir.**
**Louisville, KY 40207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,793.65 |
|---|---|---|---|

**Jerry A. Phelps**
**1500 Van Buren Boat Dock Rd**
**Mount Eden, KY 40046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Store Lease**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,000.00 |
|---|---|---|---|

**Jones, Nale & Mattingly, PLC**
**642 South 4th   Street, Ste 300**
**Louisville,, KY 40202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CPA**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,376.21 |
|---|---|---|---|

**Jovani Fashions**
**1370 Broadway Floor   4**
**New York,, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Misc**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $410.58 |
|---|---|---|---|

**Kentucky Utilities**
**PO Box 9001954**
**Louisville, KY 40290-1954**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utility**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor  **Sam Meyers, Inc.**                                    Case number *(if known)* _____
        Name

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,665.00 |
|---|---|---|---|
| | **Kroger Division 24 Rent**<br>**PO Box 842283**<br>**Boston,, MA 02284-2283** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Store Lease** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,421.25 |
|---|---|---|---|
| | **Kroger-Lockbox 1523**<br>**75 Remittance Drive, Ste 1523**<br>**Chicago,, IL 60675-1523** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Store Lease** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,826.00 |
|---|---|---|---|
| | **La Femme Fashion**<br>**2521 S. Alameda St**<br>**Los Angeles,, CA 90058** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Misc** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **LG&E**<br>**PO Box 9001960**<br>**Louisville,, KY 40290-1960** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Utility** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,900.00 |
|---|---|---|---|
| | **Linebach Funkhouser Inc.**<br>**114 Fairfax Ave**<br>**Louisville, KY 40207** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Misc** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Louisville Metro Air Pollution Control D**<br>**701 W Ormsby Ave Ste 303**<br>**Louisville,, KY 40203** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Misc** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Louisville Water Company**<br>**PO Box 32460**<br>**Louisville,, KY 40232-2460** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Utility** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor    **Sam Meyers, Inc.**

Name

Case number *(if known)*

| | |
|---|---|
| 3.52 | **Nonpriority creditor's name and mailing address** |

**Lyndon Fire Protection District**
**PO Box 548**
**c/o Fire Recovery USA LLC**
**Roseville,, CA 95678-0548**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Misc**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.53 | **Nonpriority creditor's name and mailing address** |

**Maineline Computer Systems**
**16 Northbrook Drive**
**Falmouth,, ME 04105**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $1,570.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Misc**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.54 | **Nonpriority creditor's name and mailing address** |

**Mayfield Group**
**27100 Richmond Rd Unit 11**
**Cleveland,, OH 44139**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $4,935.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Misc**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.55 | **Nonpriority creditor's name and mailing address** |

**Merchants PACT**
**5111Commerce Crossings Dr Suite 112**
**Louisville,, KY 40229**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $3,200.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Misc**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.56 | **Nonpriority creditor's name and mailing address** |

**Metropolitan Trustee Personalty Tax Depa**
**Post Office Box 305012**
**Nashville,, TN 37230-5012**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Tax**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.57 | **Nonpriority creditor's name and mailing address** |

**Mike Armstrong, Sheriff**
**501 Main Street, Suite 8**
**Shelbyville,, KY 40065-1194**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Tax**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.58 | **Nonpriority creditor's name and mailing address** |

**Mini-Max Information Systems, Inc.**
**9900 Shelbyville Road, Ste 6**
**Louisville,, KY 40223**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Misc**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Sam Meyers, Inc.**

Name

Case number *(if known)*

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,319.69** |
|---|---|---|---|

**Mon Cheri**
**1018 Whitehead Rd Extension**
**Trenton,, NJ 08638**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Misc**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$239.47** |
|---|---|---|---|

**MSM Property, LLC**
**PO Box 86**
**Mall St. Matthews SDS-12-2771**
**Minneapolis,, MN 55486-2771**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Store Lease**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$875.00** |
|---|---|---|---|

**Nedco, LLC**
**6060 Dutchmans Ln., Ste 110**
**c/o Nicklies Development**
**Louisville,, KY 40205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Store Lease**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,004.20** |
|---|---|---|---|

**Nicklies Foundation Inc**
**6060 Dutchmans Ln Ste 110**
**Louisville, Ky 40205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Store Lease**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,182.80** |
|---|---|---|---|

**Nicklies Foundation Inc**
**6060 Dutchmans Ln Ste 110**
**Louisville, Ky 40205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Store Lease**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$966.12** |
|---|---|---|---|

**Nordstan Communications Inc dba Black Bo**
**PO Box 775140**
**Chicago, IL 60677-5140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Misc**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Northwestern Mutual**
**PO Box 3009**
**Milwaukee,, WI 53201-3009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Misc**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Sam Meyers, Inc.**                                    Case number *(if known)*
                Name

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $324.50 |

**O'Dell Equipment**
PO Box 3366
Louisville, KY 40201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Misc**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $126.14 |

**Oracle Elevator Company**
2860 Highway 71 N, Ste E
Marianna,, FL 32443

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Misc**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $145.00 |

**Owen Water Conditioning, Inc.**
108 Troy Court
Vine Grove,, KY 40175

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Misc**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $385.91 |

**Pitney Bowes Global Financial Services**
PO Box 371887
Pittsburgh,, PA 15250-7887

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Misc**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,625.91 |

**PNC Bank**
PO Box 856177
Louisville,, KY 40285-6177

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Cards; multiple accounts**

Last 4 digits of account
number  **2998,5271,1974,8022**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Premier Packaging**
3254 Reliable Parkway
Chicago,, IL 60686

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Tax**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,629.79 |

**Promenade Development, LLC**
PO Box 43299
Louisville,, KY 40253-0299

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Store Lease**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    **Sam Meyers, Inc.**
_____
Name                                                                     Case number _(if known)_  _____

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $80.00 |

**Robbins Heating & A/C Service**
**4015 Contractors Court**
**Louisville,, KY 40213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Repair**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $1,200.00 |

**Rueff Signs, Inc.**
**1530 E. Washington Street**
**Louisville,, KY 40206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Misc**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $2,590.36 |

**Safety-Kleen**
**PO Box 382066**
**Pittsburgh,, PA 15250-8066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Misc**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |

**Scott-Gross Company, Inc.**
**PO Box 74008003**
**Chicago,, IL 60674-8003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Misc**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $291.65 |

**Staples Advantage Dept DET**
**PO Box 83689**
**Chicago,, IL 60696-3689**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Misc**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $17.33 |

**State Supply**
**597 7th St E St**
**Paul, MN 55130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Misc**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $970.00 |

**Summit Media LLC**
**PO Box 11407**
**Birmingham, AL 35246-2409**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Misc**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Sam Meyers, Inc.**
_____
Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 3.80 | **Nonpriority creditor's name and mailing address**<br>**Sunshine Cleaners Specialty Cleaning Div**<br>**4854 Mary Ingles Highway**<br>**Silver Grove,, KY 41076**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Misc**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$2,063.92** |

| | | |
|---|---|---|
| 3.81 | **Nonpriority creditor's name and mailing address**<br>**SYD Wright**<br>**P.O. Box 99**<br>**Louisville,, KY 40027-0099**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Store Lease**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$12,360.37** |

| | | |
|---|---|---|
| 3.82 | **Nonpriority creditor's name and mailing address**<br>**The Brownsboro Group,   Inc.**<br>**12700 Lucas Lane**<br>**Attn: Tom Blackburn**<br>**Anchorage,, KY 40223-1548**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Store Lease**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.83 | **Nonpriority creditor's name and mailing address**<br>**The EJ Thomas Co**<br>**5101 Forest Drive, Ste   C**<br>**New Albany,, OH 43054**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Misc**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$15,340.72** |

| | | |
|---|---|---|
| 3.84 | **Nonpriority creditor's name and mailing address**<br>**Time Warner Cable**<br>**PO Box 1060**<br>**Carol Stream,, IL 60132-1060**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Utility**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.85 | **Nonpriority creditor's name and mailing address**<br>**Town Center Partners, LLC**<br>**PO Box 554**<br>**Simpsonville,, KY 40067**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Store Lease**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$7,595.00** |

| | | |
|---|---|---|
| 3.86 | **Nonpriority creditor's name and mailing address**<br>**Universal Printing Solutions Inc**<br>**10573 West Pico Blvd #610**<br>**90064-2438**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Misc**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$62.02** |

Debtor    **Sam Meyers, Inc.**                                                   Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| **3.87** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**3.87**

Nonpriority creditor's name and mailing address
**Village Plaza Shopping Center, LLC**
**18 Village Plaza, PMB 223**
**Shelbyville,, KY 40065**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Store Lease**

Is the claim subject to offset? ■ No  ☐ Yes

**$18,963.77**

---

**3.88**

Nonpriority creditor's name and mailing address
**Village Plaza Shopping Center, LLC**
**18 Village Plaza, PMB 223**
**Shelbyville,, KY 40065**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vapor mitigation**

Is the claim subject to offset? ■ No  ☐ Yes

**$8,750.00**

---

**3.89**

Nonpriority creditor's name and mailing address
**Ware**
**4005 Produce Road**
**Louisville,, KY 40218**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Repair**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,323.71**

---

**3.90**

Nonpriority creditor's name and mailing address
**West Shelby Water District**
**PO Box 39**
**Simpsonville,, KY 40067**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Misc**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.91**

Nonpriority creditor's name and mailing address
**Windstream Communications**
**PO Box 9001950**
**Louisville,, KY 40290**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset? ■ No  ☐ Yes

**$722.71**

---

**3.92**

Nonpriority creditor's name and mailing address
**YDD Properties, LLC**
**5704 Cape Harbour Dr, Ste 108**
**Cape Coral, FL 33914**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Store Lease**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,884.60**

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **IPFS Corporation**<br>**Accounts Receivable**<br>**PO Box 412086**<br>**Kansas City, MO 64141-2086** | Line  **3.39**<br>☐ Not listed. Explain ____ | _ |

| Debtor | **Sam Meyers, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.2 | **Office of the U. S. Attorney**<br>**Western District of Kentucky**<br>**For: Internal Revenue Service**<br>**717 West Broadway**<br>**Louisville, KY 40202** | Line  **2.9**<br><br>☐  Not listed. Explain ____ | _ |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 280,756.39 |
| **5b. Total claims from Part 2** | 5b. + | $ 979,029.16 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 1,259,785.55 |

**Fill in this information to identify the case:**

Debtor name   **Sam Meyers, Inc.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF KENTUCKY

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Real estate lease for Mall St. Matthews store (#150), located at: 5000 Shelbyville Rd, St. Matthews, KY 40207** | |
| State the term remaining | **through 5/31/19** | **MSM Property, LLC** |
| List the contract number of any government contract | | **PO Box 86**<br>**Mall St. Matthews SDS-12-2771**<br>**Minneapolis, MN 55486-2771** |

**Fill in this information to identify the case:**

Debtor name: **Sam Meyers, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF KENTUCKY

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **James P. Corbett** | **3529 Winterberry Circle Louisville, KY 40207 Guarantor** | **Citizens Union Bank of Shelbyville, Inc.** | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.2 | **James P. Corbett** | **3529 Winterberry Circle Louisville, KY 40207 Guarantor** | **American Express** | ☐ D _____ ■ E/F ___3.4___ ☐ G _____ |
| 2.3 | **James P. Corbett** | **3529 Winterberry Circle Louisville, KY 40207 Guarantor on PNC credit card accounts ending in: X2998, X5271, X1974, X8022** | **PNC Bank** | ☐ D _____ ■ E/F ___3.70___ ☐ G _____ |
| 2.4 | **Sam Corbett** | **33 Brownsboro Hill Road Louisville, KY 40207 Guarantor** | **Citizens Union Bank of Shelbyville, Inc.** | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.5 | **Ellen S. Corbett** | **Guarantor** | **General Growth Properties** | ☐ D _____ ☐ E/F _____ ■ G ___2.1___ |

Debtor   **Sam Meyers, Inc.**                                     Case number *(if known)* _____

| | Additional Page to List More Codebtors |
|---|---|

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|

| 2.6 | **James P. Corbett** | | **General Growth** | ☐ D _____ |
|---|---|---|---|---|
| | | **Guarantor** | **Properties** | ☐ E/F _____ |
| | | | | ■ G   **2.1** |

**Fill in this information to identify the case:**

Debtor name  **Sam Meyers, Inc.**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF KENTUCKY

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2018** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $349,972.00 |
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2018** to **Filing Date** | ☐ Operating a business<br>■ Other  **lease of employees to Corbett Restoration, LLC** | $121,098.00 |
| **For prior year:**<br>From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | $3,020,872.88 |
| **For year before that:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | $3,280,389.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From  **1/01/2017** to **12/31/2017** | **Rental Income of sublease of one location** | $27,600.00 |
| **For year before that:**<br>From  **1/01/2016** to **12/31/2016** | **Rental Income of sublease of one location** | $27,600.00 |

Debtor    **Sam Meyers, Inc.**_____    Case number *(if known)*_____

---

<table>
<tr><td>**Part 2:**</td><td colspan="2">**List Certain Transfers Made Before Filing for Bankruptcy**</td></tr>
</table>

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Accountemps** <br> **12400 Collections Center Drive** <br> **Chicago, IL 60693** | 2/23/18, 3/2/18, 3/9/18, 3/16/18, 3/23/18, 4/13/18, 4/20/18, 5/4/18, 5/11/18 | $15,541.00 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ■ Services <br> ☐ Other___ |
| 3.2. **MSM Property LLC** <br> **PO Box 86** <br> **Mall St. Matthews SDS-12-2771** <br> **Minneapolis, MN 55486-2771** | 3/8/18, 3/22/18 | $10,794.39 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other  **Rent for Mall. St Matthews store** |
| 3.3. **PNC Bank** <br> **PO Box 856177** <br> **Louisville,, KY 40285-6177** | 3/9/18, 3/10/18, 3/18/18, 3/19/18, 3/22/18, 3/30/18, 4/3/18, 4/13/18 | $6,662.00 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ■ Other  **PNC credit card payments for accounts ending in: X8022, X2998, X5271, X1974** |
| 3.4. **LG&E** <br> **PO Box 9001960** <br> **Louisville, KY 40290** | 3/2/18, 3/16/18, 4/20/18, 4/27/18, 5/11/18 | $52,848.00 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ■ Other  **Utilities for #1266 and #2570** |
| 3.5. **Louisville Water Company** | 3/9/18, 4/27/18 | $10,303.00 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ■ Other  **Water bill, #150362** |
| 3.6. **Fabri-Clean Supply of Tennessee** <br> **741 Massman Dr** <br> **Nashville, TN 37210** | 3/16/18, 4/13/18, 5/4/18 | $5,558.00 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ■ Suppliers or vendors <br> ☐ Services <br> ☐ Other___ |

---

Debtor    Sam Meyers, Inc.                                          Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.7.    **Anthem Group Health** | **3/16/18, 3/30/18, 4/20/18, 5/11/18** | **$12,379.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Group Health Insurance** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.    **James P. Corbett**<br>**3529 Winterberry Circle**<br>**Louisville, KY 40207**<br>**Owner** | **6/1/17, 7/31/17, 8/31/17, 10/6/17, 11/2/17, 11/15/17, 12/8/17, 1/16/18, 2/6/18** | **$91,970.29** | **Guaranteed lease payments to MSM Property LLC for Mall St. Matthews store** |
| 4.2.    **James P. Corbett**<br>**3529 Winterberry Circle**<br>**Louisville, KY 40207**<br>**Owner** | **5/23/17, 6/26/17, 7/24/17, 8/25/17, 9/25/17, 10/24/17, 11/24/17, 12/26/17, 1/23/18** | **$68,102.88** | **Guaranteed mortgage payments (loan # 52964) to Citizens Union Bank** |
| 4.3.    **James P. Corbett**<br>**3529 Winterberry Circle**<br>**Louisville, KY 40207**<br>**Owner** | **5/22/17 through 1/25/18** | **$60,789.00** | **Guaranteed payments on PNC credit cards for accounts ending in: X8022, X2998, X5271, X1974** |
| 4.4.    **James P. Corbett**<br>**3529 Winterberry Circle**<br>**Louisville, KY 40207**<br>**Owner** | **5/22/17, 6/21/17, 7/21/17, 8/21/17, 9/21/17, 10/23/17, 11/21/17, 12/21/17, 1/22/18** | **$11,052.72** | **Guaranteed secured debt payments on a lighting loan (#114278) to Citizens Union Bank** |

Debtor    **Sam Meyers, Inc.**                                    Case number *(if known)*

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.5. **Sam C. Corbett**<br>**33 Brownsboro Hill Rd.**<br>**Louisville, KY 40207**<br>**Owner** | **5/23/17,**<br>**6/26/17,**<br>**7/24/17,**<br>**8/25/17,**<br>**9/25/17,**<br>**10/24/17,**<br>**11/24/17,**<br>**12/26/17,**<br>**1/23/18** | **$68,102.88** | **Guaranteed mortgage payments (loan # 52964) to Citizens Union Bank** |
| 4.6. **Ellen S. Corbett**<br>**3529 Winterberry Circle**<br>**Louisville, KY 40207**<br>**Secretary** | **6/1/17,**<br>**7/31/17,**<br>**8/31/17,**<br>**10/6/17,**<br>**11/2/17,**<br>**11/15/17,**<br>**12/8/17,**<br>**1/16/18,**<br>**2/6/18** | **$91,970.29** | **Guaranteed lease payments to MSM Property LLC for Mall St. Matthews store** |

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

    ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

    ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

    ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Promenade Development v. Sam Meyers, Inc.**<br>**17-CI-06835** | **Civil** | **Jefferson Circuit Court**<br>**600 West Jefferson Street**<br>**Louisville, KY 40202** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **Kroger Limited Partnership I v. Sam Meyers, Inc.**<br>**18-CI-000911** | **Complaint for past due rent and amounts due under lease.** | **Jefferson Circuit Court**<br>**600 West Jefferson Street**<br>**Louisville, KY 40202** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8.  **Assignments and receivership**
    List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Debtor   **Sam Meyers, Inc.**                                         Case number *(if known)*

---

■ None

---

| Part 4: | Certain Gifts and Charitable Contributions |
|---------|---------------------------------------------|

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|------------------------------|--------------------------------------------|-------------|-------|

---

| Part 5: | Certain Losses |
|---------|-----------------|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

| Part 6: | Certain Payments or Transfers |
|---------|-------------------------------|

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Kaplan Johnson Abate & Bird LLP**<br>**710 W. Main Street**<br>**4th Floor**<br>**Louisville, KY 40202** | | **11/08/2017 - $3,730.00**<br>**3/06/2018 - $2,818.00**<br>**4/19/2018 - $2,777.50**<br>**5/08/2018 - $1,660.00** | **$10,985.00** |
| | **Email or website address**<br>**kaplanjohnsonlaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

Debtor    **Sam Meyers, Inc.**                                        Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | **Kaplan Johnson Abate & Bird LLP**<br>**710 W. Main Street**<br>**4th Floor**<br>**Louisville, KY 40202** | | **4/24/2018 -**<br>**$50,000.00** | **$50,000.00** |
| | **Email or website address**<br>**kaplanjohnsonlaw.com** | | | |
| | **Who made the payment, if not debtor?**<br>**P & S Corbett LLC** | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Corbett Restoration, LLC**<br>**3529 Winterberry Circle**<br>**Louisville, KY 40207** | **The Debtor leases employees to Corbett Restoration. The Debtor pays the wages and other costs of these employees, and is reimbursed by Corbett Restoration. The transfers are disclosed here because it is not part of the core dry cleaning and formalwear business, but it is an ongoing part of the Debtor's operation.** | **various in 2017 and ongoing** | **$94,185.16** |
| | **Relationship to debtor**<br>**Leases Sam Meyers employees** | | | |
| 13.2. | **Unknown** | **2009 Chvey Express Van sold on 1/15/18 to a buyer for cash up front.** | **1/15/18** | **$4,000.00** |
| | **Relationship to debtor**<br>**none** | | | |

Debtor    **Sam Meyers, Inc.**                                           Case number *(if known)*

| | Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.3. | | all sellable equipment, fixtures, lease rights, contract rights, franchise rights, customer lists, real property, personal property, inventory, equipment, and business goodwill for the following locations:<br>634 Versailles Road, Frankfort KY 40601<br>1618 Midland Trail, Shelbyville KY 40065<br>1201 S. Third Street, Louisville KY 40203<br>3626 Brownsboro Rad, Louisville KY 40207<br>9549 US Highway 42, Prospect KY 40059 | | |
| | **Dry Cleaners of America LLC**<br>**748 Montclair Drive**<br>**Lexington, KY 40502** | | **1/12/2018** | **$40,000.00** |
| | Relationship to debtor<br>**None** | | | |

---

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy<br>From-To |
|---|---|---|
| 14.1. | **1901 Rudy Lane #1**<br>**Louisville, KY 40207** | **Until November 11, 2017** |
| 14.2. | **3626 Brownsboro Rd**<br>**Louisville, KY 40207** | **Until January 12, 2018** |
| 14.3. | **9549 US Highway 42**<br>**Prospect, KY 40059** | **Until January 12, 2018** |
| 14.4. | **1201 South 3rd Street**<br>**Louisville, KY 40203** | **Until January 12, 2018** |
| 14.5. | **5917 Timber Ridge Dr**<br>**Prospect, KY 40059** | **Until December 4, 2017** |
| 14.6. | **12613 Taylorsville Rd**<br>**Suite 101**<br>**Louisville, KY 40299** | **Until December 15, 2017** |
| 14.7. | **4039 Taylorsville Rd**<br>**Louisville, KY 40220** | **Until November 11, 2017** |
| 14.8. | **130 Chenoweth Lane**<br>**Louisville, KY 40207** | **Until December 4, 2017** |
| 14.9. | **2300 Terra Crossing**<br>**#102**<br>**Louisville, KY 40245** | **Until December 4, 2017** |
| 14.10. | **514 Lyndon Lane**<br>**Louisville, KY 40222** | **Until November 11, 2017** |
| 14.11. | **125 Buck Creed Road**<br>**Simpsonville, KY 40067** | **Until December 4, 2017** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

Debtor   **Sam Meyers, Inc.**                                           Case number *(if known)*

| Address | Dates of occupancy From-To |
|---|---|
| 14.12 · **1616 Midland Trail**<br>**Shelbyville, KY 40065** | **Until January 12, 2018** |
| 14.13 · **634 Versailles Road**<br>**Frankfort, KY 40601** | **Until January 12, 2018** |
| 14.14 · **10000 KY Highway 22**<br>**Suite 1**<br>**Louisville, KY 40241** | **until May 6, 2017** |

**Part 8:**   Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Name, address, phone number, and in some cases, credit card**

Does the debtor have a privacy policy about that information?
■ No
☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

   ☐ No Go to Part 10.
   ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Sam Meyers, Inc. 401(k) Retirement Plan and Trust** | EIN:  **61-0599317** |

Has the plan been terminated?
■ No
☐ Yes

**Part 10:**   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

| Debtor | **Sam Meyers, Inc.** | Case number *(if known)* |
|--------|----------------------|--------------------------|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Citizens Union Bank**<br>**PO Box 189**<br>**Shelbyville, KY 40066-0189** | **XXXX-3098** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **April 2018** | **$0.00** |
| 18.2. | **Citizens Union Bank**<br>**PO Box 189**<br>**Shelbyville, KY 40066-0189** | **XXXX-2434** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other **Merchant Account** | **April 2018** | **$0.00** |
| 18.3. | **Citizens Union Bank**<br>**PO Box 189**<br>**Shelbyville, KY 40066-0189** | **XXXX-2400** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **April 2018** | **$0.00** |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

Debtor    **Sam Meyers, Inc.** _____    Case number *(if known)* _____

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Corbett Restoration, LLC**<br>**3529 Winterberry Circle**<br>**Louisville, KY 40202-7000** | **Sam Meyers, Inc.**<br>**3400 Bashford Avenue**<br>**Court**<br>**Louisville, KY 40218** | **2009 Chevy Express Cargo**<br>**Van- mileage = 304,646** | **$500.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Corbett Restoration, LLC**<br>**3529 Winterberry Circle**<br>**Louisville, KY 40207** | **Sam Meyers, Inc.**<br>**3400 Bashford Avenue**<br>**Court**<br>**Louisville, KY 40218** | **2006 Jeep Commander-**<br>**mileage = 139,000** | **$1,800.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Corbett Restoration, LLC**<br>**3529 Winterberry Circle**<br>**Louisville, KY 40207** | **Sam Meyers, Inc.**<br>**3400 Bashford Avenue**<br>**Court**<br>**Louisville, KY 40218** | **2007 GMC TW4S042** | **$8,275.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Corbett Restoration, LLC**<br>**3529 Winterberry Circle**<br>**Louisville, KY 40207** | **Sam Meyers, Inc.**<br>**3400 Bashford Avenue**<br>**Court**<br>**Louisville, KY 40218** | **Ford Econoline Van- mileage**<br>**= 364,399** | **$500.00** |

**Part 12:**    **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.    **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☒  No.
☐  Yes. Provide details below.

| Case title<br>Case number | Court or agency name and<br>address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

| Debtor | **Sam Meyers, Inc.** | Case number *(if known)* | |
|---|---|---|---|

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | **Candy Burleson** | **2/5/18 - present** |
| 26a.2. | **Brenda Wingfield** | **4/6/16 - 2/7/18** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **Candy Burleson** | |
| 26c.2. | **Jones Nale & Mattingly, PLC 642 S 4th St #300 Louisville, KY 40202** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Debtor    **Sam Meyers, Inc.**                                    Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| James P. Corbett | 3529 Winterberry Cir. Louisville, KY 40207 | Shareholder, Director, President, Treasurer | 43.71 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Samuel L. Corbett | 33 Brownsboro Hill Rd Louisville, KY 40207 | Shareholder | 43.71 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Mark L. Corbett | 511 Jarvis Lane Louisville, KY 40207 | Shareholder, Director | 4.19 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Lee E. Corbett | 5303 Woodside Pointe Ct Louisville, KY 40207 | Shareholder, Director | 4.19 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Carolyn L. Kendrick | 2009 Brook Highland Ridge Birmingham, AL 35242 | Shareholder, Director | 4.19 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Mary Lee Corbett | | Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Ellen S Corbett | 3529 Winterberry Cir. Louisville, KY 40207 | Secretary | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| James P. Corbett, Jr | | Vice President | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

Debtor   __Sam Meyers, Inc.__                                              Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **James P. Corbett** | **$145,964** | **2017-2018** | **Annual Salary (annualized)** |
| | Relationship to debtor **Owner** | | | |
| 30.2. | **Ellen S. Corbett** | **$41,600** | **2017-2018** | **Annual Salary (annualized)** |
| | Relationship to debtor **Secretary** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
■ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| **Sam Meyers, Inc. 401(k) Retirement Plan and Trust** | **EIN:   61-0599317** |

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __May 17, 2018__

__/s/ James P. Corbett__                                    __James P. Corbett__
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor   __President__

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Western District of Kentucky

In re   **Sam Meyers, Inc.**

Case No. _____

Debtor(s)   Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept ...................................................... | $ | **Hourly rate** |
| Prior to the filing of this statement I have received........................................... | $ | **50,000.00** |
| Balance Due .................................................................................................... | $ | **As approved by Court** |

2. The source of the compensation paid to me was:

   ☒ Debtor       ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☒ Debtor       ☐ Other (specify):

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Engage in conferences with Client, creditors, judges, and court personnel;
   e. Draft pleadings and correspondence, and review same from other parties;
   f. Research points of law relevant to Client's legal matters;
   g. Prepare for and attend all hearings and meetings scheduled by the Court or the United States Trustee's office; and
   h. Assist Client in the development of a viable plan or other disposition of assets.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

5/16/2018
_____
*Date*

/s/ Charity S. Bird
_____
**Charity S. Bird**
*Signature of Attorney*
**Kaplan Johnson Abate & Bird LLP**
**710 West Main Street**
**Fourth Floor**
**Louisville, KY 40202**
**(502) 540-8285   Fax: (502) 540-8282**
**cbird@kplouisville.com**
_____
*Name of law firm*

# United States Bankruptcy Court
## Western District of Kentucky

In re   **Sam Meyers, Inc.**                                          Case No.

                                    Debtor(s)          Chapter   **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Carolyn L. Kendrick**<br>**2009 Brook Highland Ridge**<br>**Birmingham, AL 35242** | **Shareholder** | **4.19%** | **common stock** |
| **James P. Corbett**<br>**3529 Winterberry Cir.**<br>**Louisville, KY 40207** | **Shareholder** | **43.71%** | **Common Stock** |
| **Lee E. Corbett**<br>**5303 Woodside Pointe Ct**<br>**Louisville, KY 40207** | **Shareholder** | **4.19%** | **common stock** |
| **Mark L. Corbett**<br>**511 Jarvis Lane**<br>**Louisville, KY 40207** | **Shareholder** | **4.19%** | **common stock** |
| **Samuel L. Corbett**<br>**33 Brownsboro Hill Rd**<br>**Louisville, KY 40207** | **Shareholder** | **43.71%** | **Common stock** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **May 17, 2018**                    Signature   **/s/ James P. Corbett**

                                                    **James P. Corbett**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Western District of Kentucky

In re   **Sam Meyers, Inc.**                                               Case No.

                                                   Debtor(s)           Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **May 17, 2018**                              **/s/ James P. Corbett**

                                               **James P. Corbett**/President
                                               Signer/Title

Accountemps
12400 Collections Center Dr
Chicago,, IL 60693

American Brake Center
3435 Bashford Avenue Ct
Louisville,, KY 40218

American Clothing Express, Inc.
3190 New Brunswick Road
Bartlett,, TN 38133

American Express
PO Box 650448
Dallas,, TX 75265-0448

Apparel Imports Inc
PO Box 654142
Dallas,, TX 75265-4142

Aspeed Design
614 East 12th Street
Los Angeles,, CA 90015

Atmos Energy
PO Box 790311
St. Louis,, MO 63179-0311

Bags Unlimited
7 Canal St
Rochester,, NY 14608

Brock McVey
PO Box 55487
Lexington, KY 40555

Brownsboro Inn, LLC
PO Box 206397
Louisville,, KY 40250-6397

Citizens Union Bank
PO Box 189
Shelbyville,, KY 40066-0189

Citizens Union Bank of Shelbyville, Inc.
PO Box 189
Shelbyville, KY 40066-0189

City of Frankfort
PO Box 697
License Fee Division, Municipal Building
Frankfort, KY 40602

City of Lyndon
515 Wood Road
Louisville,, KY 40222

City of Shelbyville
PO Box 1289
Shelbyville, KY 40066

City of St. Matthews
PO Box 7097
Louisville, KY 40257

City of West Buechel
3705 Bashford Avenue
Louisville, KY 40218

Clark County Treasurer
Post Office Box 1508
Jeffersonville,, IN 47131-1508

Class Print Solutions
1815 Plantside Drive
Louisville,, KY 40299

Columbia Gas of Kentucky
PO Box 742523
Cincinnati,, OH 45274-2523

Commonwealth Bank & Trust
PO Box 22286
Louisville,, KY 40252-0286

Commonwealth of Kentucky
Division of Unemployment Insurance
PO Box 948
Frankfort, KY 40602-0948

Corbett Insurance Trust
3400 Bashford Avenue Court
Louisville, KY 40218-3163

Cousin's Concert Attire
360 Fairfield Avenue
Stamford,, CT 06902

Craig Business Forms
1200 Outer Loop
Louisville,, KY 40219-3489

Creative Retirement Systems
25 Merchant St., Ste 135
Cincinnati,, OH 45246

Damian Dodd
79 N Portage St
Westfield, NY 14787

Dave & Johnny
225 W. 37th St., 6th Floor
New York,, NY 10018

Delta Dental of Kentucky Inc
PO Box 950199
Louisville,, KY 40295-0199

DRechnitz I LLC
Suite 224  E Wallace Kneeland Blvd
Shelton,, WA 98584

Duke Energy
PO Box 1326
Charlotte,, NC 28201-1326

Duncan Galloway Egan Greenwald
9750 Ormsby Station Rd,   Ste 210
Louisville, KY 40223

Ellen S Corbett
3529 Winterberry Cir.
Louisville, KY 40207

Ellen S. Corbett

EVAPAR
9000 N Kentucky Ave
Evansville, IN 47725

Fabian Couture Group
205 Chubb Ave Bldg C
Lyndhurst,, NJ 07071

Fabriclean Supply of Tennessee
741 Massman Dr
Nashville,, TN 37210

Faviana New York
320 West 37th St, 10th Floor
New York,, NY 10018

Frankenmuth Insurance
One Mutual Avenue
Frankenmuth,, MI 48787-0001

Frankfort Plant Board
PO Box 308
Frankfort,, KY 40602-0308

Frost Brown Todd, LLC
Post Office Box 70087
Louisville,, KY 40270-0087

Gleeson, Inc.
PO Box 7449
dba Roth Realty Company
Louisville,, KY 40257-0449

Greenway Landscapes Services, Inc.
6706 William Clark Drive
Louisville,, KY 40228

Hartford Steam Boiler
21045 Network Place
Chicago, IL 60673

Horizon Commercial Realty
13307 Magisterial Drive
Louisville, KY 40223

Huntington National Bank
Huntington Center
41 South High Street
Columbus, OH 43287

Huntington National Bank
PO Box 182519
Columbus, OH 43218

Indiana American Water
PO Box 94551
Palatine,, IL 60094-4551

Indiana Department of Revenue
1200 Madison Street
Suite E
Jeffersonville, IN 47131

Indiana Dept of Workforce Development
PO Box 7054
Indianapolis,, IN 46207-7054

ING Life Insurance and Annuity Company
One Orange Way
Windsor,, CT 06095-4774

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

IPFS Corporation
462 South Fourt Street
#1700
Louisville, KY 40202

IPFS Corporation
Accounts Receivable
PO Box 412086
Kansas City, MO 64141-2086

James P. Corbett
3529 Winterberry Cir.
Louisville, KY 40207

James P. Corbett
3529 Winterberry Circle
Louisville, KY 40207

James P. Corbett

Jefferson County Sheriff's Office
PO Box 34570
Louisville,, KY 40232-4570

Jerry A. Phelps
1500 Van Buren Boat Dock Rd
Mount Eden, KY 40046

Jones, Nale & Mattingly, PLC
642 South 4th  Street, Ste 300
Louisville,, KY 40202

Jovani Fashions
1370 Broadway Floor  4
New York,, NY 10018

Kentucky Dept of Revenue
Frankfort, KY 40620-0003

Kentucky State Treasurer
101 Sea Hero Rd Ste 100
Department of Housing
Frankfort,, KY 40601-5405

Kentucky State Treasurer Division Unempl
PO Box 2003
Frankfort,, KY 40602-2003

Kentucky Utilities
PO Box 9001954
Louisville, KY 40290-1954

Kroger Division 24 Rent
PO Box 842283
Boston,, MA 02284-2283

Kroger-Lockbox 1523
75 Remittance Drive, Ste 1523
Chicago,, IL 60675-1523

La Femme Fashion
2521 S. Alameda St
Los Angeles,, CA 90058

LG&E
PO Box 9001960
Louisville,, KY 40290-1960

Linebach Funkhouser Inc.
114 Fairfax Ave
Louisville, KY 40207

Linebach-Funkouser, Inc.
114 Fairfax Ave
Louisville, KY 40207

Louisville Metro Air Pollution Control D
701 W Ormsby Ave Ste 303
Louisville,, KY 40203

Louisville Metro Revenue Commission
PO Box 35410
Louisville,, KY 40232-5410

Louisville Water Company
PO Box 32460
Louisville,, KY 40232-2460

Lyndon Fire Protection District
PO Box 548
c/o Fire Recovery USA LLC
Roseville,, CA 95678-0548

Maineline Computer Systems
16 Northbrook Drive
Falmouth,, ME 04105

Mayfield Group
27100 Richmond Rd Unit 11
Cleveland,, OH 44139

Merchants PACT
5111Commerce Crossings Dr Suite 112
Louisville,, KY 40229

Metropolitan Trustee Personalty Tax Depa
Post Office Box 305012
Nashville,, TN 37230-5012

Mike Armstrong, Sheriff
501 Main Street, Suite 8
Shelbyville,, KY 40065-1194

Mini-Max Information Systems, Inc.
9900 Shelbyville Road, Ste 6
Louisville,, KY 40223

Mon Cheri
1018 Whitehead Rd Extension
Trenton,, NJ 08638

MSM Property, LLC
PO Box 86
Mall St. Matthews SDS-12-2771
Minneapolis,, MN 55486-2771

MSM Property, LLC
PO Box 86
Mall St. Matthews SDS-12-2771
Minneapolis, MN 55486-2771

Nedco, LLC
6060 Dutchmans Ln., Ste 110
c/o Nicklies Development
Louisville,, KY 40205

Nicklies Foundation Inc
6060 Dutchmans Ln Ste 110
Louisville, Ky 40205

Nordstan Communications Inc dba Black Bo
PO Box 775140
Chicago, IL 60677-5140

Northwestern Mutual
PO Box 3009
Milwaukee,, WI 53201-3009

O'Dell Equipment
PO Box 3366
Louisville, KY 40201

Office of the U. S. Attorney
Western District of Kentucky
For: Internal Revenue Service
717 West Broadway
Louisville, KY 40202

Oracle Elevator Company
2860 Highway 71 N,  Ste E
Marianna,, FL 32443

Owen Water Conditioning, Inc.
108 Troy Court
Vine Grove,, KY 40175

Pitney Bowes Global Financial Services
PO Box 371887
Pittsburgh,, PA 15250-7887

PNC Bank
PO Box 856177
Louisville,, KY 40285-6177

Premier Packaging
3254 Reliable Parkway
Chicago,, IL 60686

Promenade Development, LLC
PO Box 43299
Louisville,, KY 40253-0299

Robbins Heating & A/C Service
4015 Contractors Court
Louisville,, KY 40213

Rueff Signs, Inc.
1530 E. Washington Street
Louisville,, KY 40206

Safety-Kleen
PO Box 382066
Pittsburgh,, PA 15250-8066

Sam Corbett
33 Brownsboro Hill Road
Louisville, KY 40207

Scott Stinnett
Lloyd & McDaniel, PLC
11405 Park Road, Suite 200
Louisville, KY 40223-0200

Scott-Gross Company, Inc.
PO Box 74008003
Chicago,, IL 60674-8003

Shelby County Occupational License Offic
419 Washington Street
Shelbyville, KY 40065

Staples Advantage Dept DET
PO Box 83689
Chicago,, IL 60696-3689

State Supply
597 7th St E St
Paul, MN 55130

Summit Media LLC
PO Box 11407
Birmingham, AL 35246-2409

Sunshine Cleaners Specialty Cleaning Div
4854 Mary Ingles Highway
Silver Grove,, KY 41076

SYD Wright
P.O. Box 99
Louisville,, KY 40027-0099

Tennessee Dept. of Labor & Workforce Dev
220 French Landing Drive
Nashville, TN 37243

The Brownsboro Group,  Inc.
12700 Lucas Lane
Attn: Tom Blackburn
Anchorage,, KY 40223-1548

The EJ Thomas Co
5101 Forest Drive, Ste   C
New Albany,, OH 43054

Time Warner Cable
PO Box 1060
Carol Stream,, IL 60132-1060

Town Center Partners, LLC
PO Box 554
Simpsonville,, KY 40067

Universal Printing Solutions Inc
10573 West Pico Blvd #610
90064-2438

Village Plaza Shopping Center, LLC
18 Village Plaza, PMB 223
Shelbyville,, KY 40065

Ware
4005 Produce Road
Louisville,, KY 40218

West Shelby Water District
PO Box 39
Simpsonville,, KY 40067

```
Windstream Communications
PO Box 9001950
Louisville,, KY 40290

YDD Properties, LLC
5704 Cape Harbour Dr, Ste 108
Cape Coral, FL 33914
```

# United States Bankruptcy Court
## Western District of Kentucky

In re    **Sam Meyers, Inc.**                                                    Case No.

                                                Debtor(s)                        Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Sam Meyers, Inc.**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May 17, 2018**                                    **/s/ Charity S. Bird**
Date                                                **Charity S. Bird**
                                                    Signature of Attorney or Litigant
                                                    Counsel for    **Sam Meyers, Inc.**
                                                    **Kaplan Johnson Abate & Bird LLP**
                                                    **710 West Main Street**
                                                    **Fourth Floor**
                                                    **Louisville, KY 40202**
                                                    **(502) 540-8285 Fax:(502) 540-8282**
                                                    **cbird@kplouisville.com**